R# 286700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED VIA MAIL

IN RE:                                CASE NO.  07-20881-BKC-
NORVIS M. MARTINEZ
                                                JUL 26 2010

                                      CHAPTER 13     U.S. BANKRUPTCY CT.
                                                     SO. DIST. OF FLA.
                                                     MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 98.72 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

                                      NANCY N. HERKERT
                                      CHAPTER 13 TRUSTEE

Copies to:

NORVIS M. MARTINEZ
2301 NW 30 AVENUE
# 301
MIAMI, FL 33127

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

PROFESSIONAL DEBT
4161 CARMICHAEL AVE, STE 156
JACKSONVILLE, FL 32207-2353

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  07-20881-BKC-
NORVIS M. MARTINEZ

                                          CHAPTER 13


NORVIS M. MARTINEZ

2301 NW 10 AVENUE
# 301
MIAMI, FL 33127

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


PROFESSIONAL DEBT           ---------$         98.72
4161 CARMICHAEL AVE, STE 156
JACKSONVILLE, FL 32207-2353

                                     UNDELIVERABLE/STALE
                                     CLAIM REGISTER# 2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130